No. D–523.   IN RE DISBARMENT OF GANTT.   It is ordered that Richard Allison Gantt, of Greenville, S. C., be suspended from the

practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.